IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pinkney, Deborah R

Printed: 01/29/09

Case Number:  07 B 06351
Judge:  Goldgar, A. Benjamin
Filed:  4/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  December 16, 2008
Confirmed:  June 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,120.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,053.80 |
| Trustee Fee: |  | 66.20 |
| Other Funds: |  | 0.00 |
| Totals: | 1,120.00 | 1,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 988.96 |
| 2. | Robert J Semrad & Associates | Administrative | 753.00 | 64.84 |
| 3. | Jefferson Capital | Unsecured | 153.63 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 15.37 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 36.67 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 465.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 90.88 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 20.08 | 0.00 |
| 9. | Overland Bond & Investment Corp | Unsecured | 2,011.78 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 71.04 | 0.00 |
| 11. | Cbe Group | Unsecured | | No Claim Filed |
| 12. | H&F Law | Unsecured | | No Claim Filed |
| 13. | Certified Recovery | Unsecured | | No Claim Filed |
| 14. | H&F Law | Unsecured | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | Express | Unsecured | | No Claim Filed |
| | | | $ 6,101.45 | $ 1,053.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 32.40 |
| 6.5% | 33.80 |
| | $ 66.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pinkney, Deborah R

Printed: 01/29/09

Case Number:  07 B 06351
Judge:  Goldgar, A. Benjamin
Filed:  4/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

